464 A.2d 544

Liptak v. Liptak, Appellant.

Submitted April 13, 1983. Robert Liptak, appellant, in propria persona; Lila F. Levy, for appellee.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Order affirmed.